***** Please be advised that the use of these forms may not be proper for your specific legal situation *****
**** Please make an independent determination whether use of these forms is appropriate ****

## UNITED STATES DISTRICT COURT
## DISTRICT OF NORTH DAKOTA

Kermit Ty Povlson

(Enter full name of each Plaintiff, above)

vs.

North Dakota Dept of Human Services, Julie Hoffman

(Enter full name of each Defendant, above)

§ § § § § § § § § § § § § § § § §

Civil Case No. _____
(To be assigned by Clerk of Court)

JURY TRIAL DEMANDED ☒ Yes ☐ No
(Check one)

### COMPLAINT

**I. JURISDICTION.** State the grounds for filing this case in Federal Court (include federal statutes or U.S. Constitutional provisions). SHAleeSHA Karpyak Never ABANDONED Marisol Mia Ferrari, The STATE Alleges Abandon to mean under chapter 14-15 1(b)(1). SHaleesha with care left marisol with Alydia Ferrari, for A business ART TRip to San Francisco, while there she was AssAulted, AND she suffered A Head Inju: she was delayed in getting back But she did not "Abandon" Marisol. Pursuant to 14-15-03, (2), an unmarried Adult can Adopt Marisol. Since Julie performed an illegal Action, SHaleesha was terminated and not Allowed Recourse as she as an unmarried Adult can Adopt Marisol, the State violated the Law, SHaleesha Never ABandoned her, SHaleesha explained her prolonged Absence, and the Circumstances That Arose in San Francisco; I got her to

SAMPLE COMPLAINT 1

(continued)

come back to Montana, and this matter was done in an illegal manner, Shaleesha did not give consent, and was not asked by Social Services, because C.P.S. and the State took advantage of a mother with a head injury, and although Montana illegally terminated my rights, upon which I sued in Poulson V. Bullock; CV-17-140 DLC-JCL, and Poulson V. Karpyak for slander, and ADA violations, consent of the biological father, is still required. (14-15-05(b)(7). My rights were illegally terminated by Bob Allison in Montana when Shaleesha's lawyer used slander and defamation to say that Mr. Poulson "cannot be a father because he drags his feet." I sued them in Federal Court, and an ableist Judge Jeremiah C. Lynch, threw it out with prejudice, as he was an ableist, and allowed for violations of the ADA. I have explained this to Julie Hoffman and I just want to communicate with the family and my biological daughter because injustices have been done to me, I want Julie Hoffman to appeal the validation of the Adoption Decree, because Shaleesha never gave consent, and Julie Hoffman's investigation was not conducted properly. Shaleesha told me that the State just "took Marisol" without her consent. Julie Hoffman has failed to listen to me, and hangs up on me, and she will not talk to Shaleesha, and being left in the care of her sister Alydia does not meet the term "abandon" Shaleesha had no knowledge of a relinquishment order, and she was recovering from a traumatic brain injury, and the State never conducted a proper procedure, and assumed Shaleesha abandoned Marisol, even though she didn't, Shaleesha had no idea. And Julie Hoffman

. Fails to TAlK TO Her, ur I ABout JHe improper prolcedure, JHe SJAJc of NORTH DAKOJA DiD To remove MArisoL From SHaleesHa Karpyak.

Defendant
II. ~~PLAINTIFF~~ For each Plaintiff list: name and address including City, County and State.

1. SJATe of NORTH DAKOTA Dept. of Human Services
600 E. Boulevard Ave, Dept. 325
BiSMARCK, ND 58505

2. Julie Hoffman
600 E. Boulevard Ave Dept 325
BiSMArck, ND 58505

Plaintiff
III. ~~DEFENDANT~~ For each Defendant list: name and address including City, County and State.

1. Kermit Jy Povlson
1520 E. Burdick Expressway
MiNoJ, ND 58701

2. ~~SHaleesHa Karpyak~~
~~1111 11th St SW~~
~~Watford City, ND 58854~~

3. ~~Jo-Anne Garmann~~
~~1111 11th St SW~~
~~Watford City, ND 58854~~

4. ~~Alydia Ferrari~~
~~1111 11th St SW, Watford City, ND 58854~~

SAMPLE COMPLAINT    2

**IV. CLAIM.** State the facts of your claim. Include the name of each person involved, dates and places. Be as specific as possible. Do not give any legal argument or cite any cases or statutes. Use additional sheets of paper if necessary. Julie Hoffman performed an illegal state adoption, without Shaleesha's consent, and did not conduct a proper investigation, and lied about Shaleesha "abandoning" Marisol with her sister Mydia. The state has been exhausted, as Julie Hoffman refuses to address this, and who refuses to listen, and who will not tell the judge, or the court, to address this illegal maneuver. Julie also knows the State of Montana illegally terminated my rights, based off of slander, and defamation of character, by an ableist, ADA violating court, and she calls me "retarded," "crippled," and treats me like I'm in Grafton, ND, and she is violating the ADA.

**V. ADMINISTRATIVE PROCEDURES.** If applicable, state whether your claim was heard by any administrative agencies; the type of proceedings; the date and place of any proceedings; the outcome of any administrative proceedings.

I have reached out to her, several times, with email phone calls, she uses barriers of silence, and oppression to not discuss the ADA violations, of Montana, and she refuses to let me talk to the family, and my daughter, who is still my biological daughter, she is violating my civil rights, and placing barriers, she refuses to talk to me, and treat me with dignity, and integrity, even though I just got a college education fund for Marisol →

SAMPLE COMPLAINT

Through the Bank of North Dakota. Senator Judy Lee met with me, and I'm filing this lawsuit because she refuses to have open dialogue with me, offer, any kind of advice, and she's acting fascistly, and like Donald Trump. I sued Shaleesha and the State of Montana in Federal Court See 1) Poulson v. Karpyalc, CV:18-160-M-DLC-JCL, 2) Poulson v. Bullock CV: 17-140-M-DLC-JCL, and I'm now suing her for going with a wrongful termination of parental rights, placing barriers in my way, telling me that "Disabled Fathers cannot be Dad's", and stonewalling me like I'm a Jew in Auschwitz, she is mean, condescending, bureaucratic, hateful, and placing barriers between me, and the family, and my biological daughter, she illegally put Mansol in foster care, and also illegally adopted her out. She is in-humane, and is acting like a fascist Nazi in my legal opinion. She discriminates me because I'm allegedly Anti-FA, Trump lost, I'm not a Republican, and she claims AntiFA are terrorists, but we aren't. So said the FBI, and Congress, an ideology cannot be illegal. Yet she follows a murderer Trump

She claims to be a "proud girl" and she hates me, she's committing a hate-crime, and it needs to stop now.

**VI. RELIEF.** State what you want the Court to do for you.

1. Open dialogue with my adopted daughter Mansol Mia Ferrari, and her family
2. $50k for violating the ADA.
3. Julie Hoffman to write an apology letter stating that "AntiFA Father's are the Heroes," and that I am not a Terrorist.
4. Denounce Trump and the republican party, as they are the terrorists

GO JOE BIDEN!

**VII. SIGNATURE.** Each Plaintiff must individually sign this complaint.

Signed this 05 day of AUGUST, 2021

_Signature of Plaintiff_

K. Ty Poulson
Printed Name of Plaintiff

1520 E Burdick Expressway
Mailing Address

Minot, ND 58701
City, State, Zip Code

(406) 226-8606
Telephone Number of Plaintiff

_Signature of Plaintiff_

SHAL[...] [...]
Printed Name of Plaintiff

[...] SW
Mailing Address

Watford City, ND 58854
City, State, Zip Code

(406) 226-8606
Telephone Number of Plaintiff

**SAMPLE COMPLAINT**   4