# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| Kermit Ty Poulson,<br><br>                                    Plaintiff,<br><br>vs.<br><br>North Dakota Department of Human Services and Julie Hoffman,<br><br>                               Defendants. | Civil No.: 1:21-cv-00162 |

## ORDER ADOPTING REPORT AND RECOMMENDATION

[¶ 1]   THIS MATTER comes before this Court on a Report and Recommendation from Magistrate Judge Clare R. Hochhalter. Doc. No. 14. In it, after conducting an initial review of the Complaint and noting the Plaintiff's failure to file an amended complaint, Magistrate Judge Hochhalter recommends the Court dismiss the above-captioned action in its entirety. The Parties were given until May 20, 2022, to file objections. To date, no objection has been filed.

[¶ 2]   The Court has reviewed the Report and Recommendation and based upon the entire record finds it to be persuasive. Accordingly, the Court **ADOPTS** the Report and Recommendation in its entirety and **ORDERS** as follows:

1. The Complaint is **DISMISSED** in its entirety.

2. The Court further **FINDS** that any appeal would be frivolous, could not be taken in good faith, and may not be taken *in forma pauperis*.

[¶ 3]   **IT IS SO ORDERED.**

DATED this June 2, 2022.

Daniel M. Traynor, Judge
United States District Court